UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAMILTON,<br><br>   Plaintiff,<br><br>   v.<br><br>SAM WONG, et al.,<br><br>   Defendants. | No. 2:19-cv-1181-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his objections to the April 23, 2020 findings and recommendations.

Plaintiff's request (ECF No. 17) is granted and plaintiff has up to and including May 14, 2020, in which to file his objections.

So ordered.

Dated: May 6, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE