UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAMILTON,<br><br>    Plaintiff,<br><br>  v.<br><br>SAM WONG, et al.,<br><br>    Defendants. | No. 2:19-cv-1181-KJM-EFB P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 23, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. After an extension of time, plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.  The findings and recommendations filed April 23, 2020, are adopted in full;

3      2.  This action is dismissed without further leave to amend for failure to state a claim upon

4  which relief may be granted; and

5      3.  The Clerk is directed to close the case.

6  DATED:  October 21, 2020.

                                                    _____
                                                     CHIEF UNITED STATES DISTRICT JUDGE